IN THE UNITED STATES DISTRICT COURT IN
AND FOR THE DISTRICT OF DELAWARE

Daniel M. Woods #164728,
        Plaintiff.
        V.

Civil Action # _08 - _ 7_

\* Jury Trial Requested \*

First Correctional Medical Inc.;
Correctional Medical Services, Inc;
Director of Medical at D.C.C. (2007-08)
John or Jane Doe; Dr. Niez (J. Doe);
L.P.N. Lisa Suger; Nursing staff at D.C.C.—
Nurse Quanny; R.N. Jamilla McKenzie;
Nurse Veria; Nurse Richard; John and Jane
Doe; Administrator Ronnie Moore & In-
vestagator Brenda Lucas,
        Defendants.
\* Being sued individually and in their
official capacities.\*

F I L E D

JUN 3 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Daniel M. Woods #164728 PRO SE
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# * DEFENDANT'S ADDRESSES *

1. First Correctional Medical Inc.; ( Dr. Niez) employee
   6861 North Oracle Road           Employed For F.C.M.
   Tucson, AZ 85704

2. Correctional Medical Services Inc.  (EMPLOYER)
   1201 College Park Drive, Suite-101  All Lower Defendants
   Dover, Delaware 19904                Named.

3. *All other Defendants *(C.M.S. Medical Dept.)
   Lisa Suger;          ; Ronnie Moore; Brenda Lucas;
   Nurse Quanny; R.N. Jamilla McKenzie; Nurse Veria;
   Nurse Richard & John and Jane Doe.

4. Delaware Correctional Center (EMPLOYEED AT D.C.C )
   1181 Paddock Road
   Smyrna, Delaware 19977

## A. JURISDICTION & VENUE.

**1.** This a civil action authorized by, 42 U.S.C. section-1983; to redress the deprivation, under color of state law, of Rights secured by the Constitution of the United States. The Court has jurisdiction under, 28 U.S.C. section-1331 & 1343 (A)(3). The Court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. section-1367. Plaintiff seeks declaratory relief pursuant to, 28 U.S.C. section 2201 & 2202 of the federal rules of civil procedures.

**2.** The District Court for the District of Delaware is an appropriate venue under 28 U.S.C. section 1391 (b)(2), because it is where the events giving rise to this claim occurred.

## B. PLAINTIFF

**3.** The Plaintiff, Daniel M. Woods #164728, is and was at all times mentioned herein, a prisoner of state of Delaware, in the custody of the Dept. of Corrections.
   He is currently confined at Del. Correctional Center; 1181 Paddock Road; Smyrna, DE 19977

## C. DEFENDANTS

**4.** First Correctional Medical Inc., 6861 N. Oracle Rd., Tucson, AZ 85074.     ( Dr. Niez )

page- 2

It was the Contractor's responsibility for providing medical treatment to inmates at D.C.C.. This defendant (F.C.M. Inc.) failed to provide for serious medical needs. The Plaintiff having been diagnosed by their physician, with Hepatitis-C; mandating treatment for Cronic-Illness. Yet the plaintiff was diagnosed by F.C.M. Inc's physician (Dr. Niez) in 2006 and shown complete deliberate indifference by their failure to treat the Plaintiff's illness.
The Defendants failed to act or provide the treatments needed, thereby, causing the Plaintiff's injuries, i.e.- liver damage, re-curring infections, progressive deterioration and allowing the Plaintiff's condition to worsen.

5. Correctional Medical Services, 1201 College Park Drive, Suite-101, Dover, DE 19904.
      This company is the new medical provider at D.C.C.; After the termination of F.C.M. Inc's contract.
   This provider has allowed the medical-personal to inject the Plaintiff incorrectly with "Interfearon-shots", causing infection. The Defendants failed to rotate the injection-locations, Knowing that this could create infection. Thus, showing complete and deliberate indifference to the Plaintiff's injuries and serious medical needs. Repeatedly injecting the Plaintiff in the same location caused the Plaintiff nausea, nose-bleeds, yellowing of skin, dizziness and pain & scarring of the abused injection-location, as well as sores, Causing plaintiff to become anemic, SEE EX-L-3, L-4, EX-D, EX-I,

page-.3

Correctional Medical Services was on notice of the dangers of incorrectly injecting the "Interferon-shots" and to properly treat the Plaintiff's illness; In violation of the Eighth Amendment Protection from Cruel and Unusual Punishment.

Both of these Defendants have failed to provide the medications prescribed by the Infectious-Doctor (Dr. McDonald) for the Plaintiff's illnesses. (SEE TURNER V. C.M.S" (#03-098-SLR)

Regularly the Nurses change what the Doctor had prescribed, to what they believe I should receive, without Cronic-Doctor's authority. Thereby complicating the Plaintiff's treatments and then taking months to reorder medication that had been changed or had "run-out". I once sat in pain for two-months without any pain-meds..

SEE EX-A2, A3.

6. <u>Director of Medical at D.C.C.</u>,(2007-08) John or Jane Doe, employee of D.C.C, and responsible for the running of the medical department, and for reviewing inmate's complaints and addressing those issues.

This Defendant has shown complete and deliberate indifference to the Plaintiff's medical needs by refusing to act on the Plaintiff's formal complaints, i.e - sick-calls, grievances and personal letters about the mistreatment the Plaintiff was receiving.

That is, the Plaintiff's pain-meds., nutritional resource-drinks, am & pm snacks and all other treatments were being withheld for months at times, causing the Plaintiff's condition to worsen. Causing Plaintiffs blood disorder. (ANEMIC) EX-D

7. <u>L.P.N. Lisa Suger is employed by C.M.S.</u> and has shown

page - 4

complete and deliberate indifference to the Plaintiff's serious medical needs. This Defendant refused to treat or assess my conditions. After I filed six sick-call requests; finally two-weeks later, L.P.N. Lisa Suger came to were the Plaintiff was housed and refused wait as the Plaintiff was getting his cloths on after a shower. The two officers on duty observed Ms. Suger saying; "she will return the next day", which She did not. Not until another two-weeks later, when Lt. Welcome saw how the Plaintiff's condition had worsened (i.e.- nose-bleeds, yellowing of eyes + skin, weight-loss, etc.) and called medical himself. Thus, this Defendant showed complete and deliberate indifference to the Plaintiff's medical needs in violation of the Eighth Amendment.

8. <u>Nurse-Quanny (C.M.S. employee)</u>

This Defendant used the wrong size needles (diabetic-needles) to inject the Plaintiff with the "Interfearon", which was insufficient-amounts. This Defendant also failed to rotate the injection-location and these errors resulted in infection, scarring and further complication of the Plaintiff's conditions.

This Defendant was also involved in changing the Cronic-Doctor's order. Dr. Mcdonald prescribed that the Plaintiff receive two "boost"drinks daily and this Defendant (in cahoot with the prison's dietition) changed the Dr.'s order, thereby further complicating the plaintiff's conditions, i.e.- loss of ap-petite, weakness, fainting/dizzy-spells and recurring-infection. I filed numerous sick-calls and grievances and nothing was

done until months later when I saw the Cronic-Doctor, who was clearly upset that the Defendant had changed his orders. EX-D, EX-L-3, L-4

9. R.N. Jamilla McKenzie: (C.M.S. employee)
This Defendant used the wrong needles for the Plaintiff's Interfearon-injections. She also failed to rotate the injection-locations, causing infection, sores, scarring and further complication. This Defendant also displayed complete and deliberate indifference to the Plaintiff's medical needs. EX-D, EX-L-4, L-3

10. Nurse Richard (C.M.S. employee)
This Defendant also used the wrong needles and did not rotate the injection-location, as required with Interfearon-injections. (On 10-07, 11-07, 12-07, + 1-08) I continuously conplained about the pain, sores, weakness, blurred-vision, etc., by filing sick-calls and grievances. EX-D, EX-L-3, L-4

11. Nurse Veria (C.M.S. employee)
This Defendant repeatedly withheld my Dr. prescribed medications and showed complete and deliberate indifference to my serious medical needs. I filed numerous complaints on 11-26-07, 11-27-07, 11-29-07, 10-6-07 + 10-14-07 and nothing was addressed. Lack of the nutritional-drinks caused the Interfearon to over-power my system, thereby causing further complications, such as; anemic, appetite-loss+hyperventilation-episodes. SEE EX-H

page-6

12. Ronnie Moore, Health Services Administrator (C.M.S. employee)

This Defendant display complete and deliberate indifference to the Plaintiff's serious medical needs. After receiving ten medical-grievances about all the Plaintiff's issues, this Defendant has still failed to take any action and thus, allowing my medical-mistreatment to continue; further contributing to complication of my illness. SEE EX-B, EX-D

13. Brenda Lucas, Investigator (C.M.S. employee)

This Defendant also displayed complete and deliberate indifference to Plaintiff's needs by failing to act after having been notified seven-times by grievance. Thus contributing to complication of the Plaintiff's illness. SEE EX-I.

14. Defendant John Doe (C.M.S. employee)

15. Defendant Jane Doe (C.M.S. employee)

"Each Defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint, each Defendant acted under the color of state law."

These two Defendants have displayed complete and deliberate indifference to the Plaintiff's serious medical needs by failing to rotate the Interfearon injection-location. Thus contributing to further complication of the Plaintiff's illness.

page-7

16. Upon information and belief, the following facts and exhibits presented within this complaint has been ongoing with the abuse of this medical staff within the Department of Corrections.

Please review all exhibits and documents which have been attached _A through Z-5_.

## 17. EXHAUSTION OF LEGAL REMEDIES

Plaintiff, Daniel M. Woods #164728 has used Grievance Procedure available at D.C.C. to try to "resolve" the problems. (On 10-6-07, 10-14-07, 11-26-07, 11-27-07 + 11-29-07 with no results) See exhibits A thru Z-5.

## 18. LEGAL CLAIMS

Plaintiff realkege and incorporates by reference, paragraphs 1-18.

19. The violations of deliberate indifference to the Plaintiff's serious medical needs a failure to adequately treat these medical needs is a violation of the Eighth Amendment's Protection from Cruel and Unusual Punishment and mental or emotional duress.

20. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. The Plaintiff has been and will continue to be irreparably injured by the conduct of these defendants unless this Court grants all the relief Plaintiff seeks.

## PRAYER FOR RELIEF

21. A declaration that the acts and omissions described herein violated the Plaintiff's rights under the laws and Constitution of the United States.

22. Compensatory damages in the amount of $50.000$^{00}$ against each defendant, jointly and severally.

23. Punitive damages in the amount of $50.000$^{00}$ against each defendant.

24. A jury trial on all issues triable by jury.

25. Plaintiff's cost in this suit.

26. Any additional relief this Court deems just, proper and equitable.

Dated: 6-23-08

6-23-08

Respectfully,

Daniel M. Woods
Daniel M. Woods
Daniel M. Woods

page.- 9

# VERIFICATION

I have read the foregoing complaint and verify that the matters alleged therein are true.

Except as to matters alleged on information and belief, and as to those, I believe them to be true.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Delaware Correctional Center, Smyrna, Delaware. On this 23 day of JUNE 2008

Daniel M. Woods

Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

# EXHIBITS

Date/Time (2-6-08 Informed Nurese they were Not Rotating D.O.B.: / /
Slots

2-24-08 3:00am No Resourse drinks, Carnation drink Instead 2-2208, 2-28-08, 2-29-08, 3-1-08
2-25-08, 2-26-08 Doctor Lisa Ordered Iron Pills / Have not Received yet 3-2-08, 3-3-08, 3-4-08
2-25-08 12:30 was Seen by O.O.C. Grievance Person do to all the medical Grievance
+3-2-08 Still Very Sick, Informed Nan very Sour, Nose and though, Weak, Dizzy, Loss Breath

+ on 3-4-08 I was told My Am Snack Ran out, Dr. Ordered Am + Pm Snacks
4:41 not Received
+ on 2-#-08 do to My Anemic Reaction to eating. as of 3-9-08

- on 3-4-08 Findly Received Cream / and First Boost Drink (one day only)

- on 3-10-08 I was informed by Kitchen Staff My Diet / Snacks were
Termanated, yet Doctor Reordered everything on 2-13-08 Which Should
of been good for Three months. (sick call on 2-7-08)

- 3-18-08 Spoke with Nurse Richard about the error with My Dr. ordered
Snacks / Failed to Fix the problem which Left me with Nothing to eat.

- 3-13-08 I Spoke to Nurse "Jamilla" Sick Call About My Snacks of cereal
and milk, She Said Shed Fix it, its Still Messed up!

3-15-08 Snacks Still Messed up, ~~~~~~~~~~~~~~~~~~~~~~~~~~ Dr.
And nurses Are Aware Im Unable to eat, except Ceral + milk, Resourse
drinks. As soon as I get those Shots is, when I began getting sick, Sors on body
for 3 days now
3-21-08 Woking up with Nose bleeds, Dizzy Spells, Weakness, Showed Sgt.
Tarmen, Talhon (officer) Also Still haven't Received The Creams ordered
by Dr. McDonald on 2-13-08 for My Afflctions.

On 3-24-08 Nurse Veria Again Forgot to bring My Resourse Drinks,
Refused to bring it back.

4-1-08 I was Seen by a Dr. Who Failed to address My Diets, Saying
I had to wait 3 months to See another Dr While Suffering From
Hep. C. and anemic ( I was very Sick, pail, yellow Skin, Blood, noses, very weak)
on 4-2-08 I was Seen by Dr. McDonald Who Said he'd Start Seeing me
every month instead of every Three Months due to all the medical errors
Thats been happening to Me. As of yet my diet is Still Messed up
Since 4-13-08.

Dr. prefer me to be moved to bottom Floor(memo Sent to Warden
as of 5-11-08 no Answer.
on 5-13-08 Resourse drinks Ran out again and Receiving No Substatue.

page #2

## Medical notes:

OFFICERS
Witnesses: Talhon, Kenton, Lt. Welcome, Sgt. Jarmon
My Sickness, yellow Skin, Pail, Fainting, Cry's for Help

Inmate witness: Jason Geoff, Tony Argular, Steve White
William Widner, Dr. McDonald, James Sparks
Jessie Nickels, Warren Wyatt, R. King, Jeff Fogg

on 5-14-08 | 3:00 pm Shot Medical in building 19 Failed to give me my meds and weekly Shot after I informed the nurse on duty. Missing the Shot on wednesday throws off my Shot Schudual, whitch affects my treatgents of interfearon. (Treatment ended)

on 5-16-08 | Still haven't Received Resourse drink, Run out on 5-12-08

on 5-18-08, | Cereal + milk Snack Stoped Recieving on 5-13-08 (I'm Supposed to get raw daily) Also still hasn't Recieved my Resourse Drinks Yet Sence 5-11-08, Also plaint it's Shot treatments of interfearon has Stoped (1 Year)

on 5-31-08 | Findly began gotting Resourse drinks + Cereal + Milk

on 6-5-08 | I was informed by Nurse "Betty" Thats for the Last months and a half
I should of been Recieving my "Arsinic Shots" but wasn't. They Will
Start up again on 6-8-08 (Since ended on 5-18-08 by error of medical Staff.

ON 6-8-08 | I was informed by Medical NURSE That My order From Dr. McDonald
of getting Resources Ran-out (5-12-08 Ranout, 5-16-08, Still Now, 5-18-08,
5-31-08 Started recieving them but ranout again on 6-8-08. Still Trying
To Regain My health and weight After The Treatment End

6-9-08 | Filed An Application For My Medical Records at D.C.C. to MR. Ronnie
MORE, "No Answer yet."

6-10-08 | Request to Reorder Recourse drinks (still no Answer to Sick Call)

6-12-08 | Shot due today (Arsinic) For Red blood Cells / I Also refused Blood
" | word due to they took My blood 1½ weeks ago and nobody talked
" | to me about it Resualts.
" | I haven't been Seen by Dr. McDonald (Cronic Care Dr.) Since 4-2-08, After he
Said he'd Start Seeing me EVery Month on 4-2-08.

6-12-08 | Did'nt get My Shot today, I asked the nurse "Betty" and
She Forgot. (Recieved Shot on 6-13-08)

Page #5

ON 6-17-08 Was Seen by Dr. M°Donald who Said, I'm Still Anemic, and The Rosalin Shots will Stop. Sgt. Thams" Refused The Doctors need to have my Cuffs, Placed in Front instead behind my Back Making the Doctors Anow lasses, half done. Dr. Also Rebedered me to Receive 2 Snacks Daily.

EX-AA

# aclu delaware

March 21, 2006

Mr. Daniel Woods
SBI# 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


Dear Mr. Woods,

I have reviewed your file, which Mr. Hampton forwarded to me last month. I have several follow-up questions I am hoping that you will answer at your earliest convenience.

As you may know, the Prison Litigation Reform Act (PLRA) of 1996 made it harder for prisoners to file lawsuits in federal court. One of the most significant hurdles to overcome is exhaustion of the prison's grievance procedure. This law requires that you complete all levels of appeal, even if prison staff tells you that your grievance is too late, or rejects your grievance for some other reason. If you file a lawsuit in federal court before using every step of your prison's grievance procedure, it will almost certainly be dismissed.

It appears that your primary health-related concern is the lack of treatment for Hepatitis C. Please provide answers to the following questions to the best of your ability. If you do not recall the answer, or do not have access to paperwork that would provide the answer, just let me know, and we will do our best to make sense of the information we already have.

1. You filed Grievance #17397 on 9/08/05, complaining of a lack of response to your sick call slips. As you then note in your letter to Mr. Hampton, they recorded this grievance as resolved on 12/05/05. Can you explain to me what happened on that day? (i.e., did they call you in for you to sign off, and you refused and then they mis-recorded it? Did they forge your signature?)

2. Did you file an appeal or a grievance related to the way Grievance #17397 was falsely recorded as resolved?

3. Have you ever filed a grievance specifically about the lack of treatment for Hepatitis C (as opposed to general lateness of response to sick calls)?

4. If so, please let me know whether you have gone through all levels of the appeals process (Medical Grievance Committee → Bureau Grievance Officer → Bureau Chief). **If you have filed grievances and appeals, please send me copies of the documentation so I can review them.**

## american civil liberties union delaware
### 100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
### (302) 654-3966


EX-80

Thanks so much for your patience as we comb through stacks of your, and other inmates,' medical files. As I stated before, this is not an offer of representation. We are still in the initial stages of collecting and analyzing information from inmates, and conferring with colleagues about the feasibility of legal action or other forms of advocacy on behalf of many inmates who share similar experiences and frustration with the provision of medical care in Delaware prisons.

Very Sincerely,

Julia M. Graff
Staff Attorney
ACLU of Delaware

EX-0-0

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

June 26, 2008

**Inmate WOODS DANIEL M**
**SBI # 00164728**
**DCC  Delaware Correctional Center**
**SMYRNA DE, 19977**

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 139247 dated 08/08/2007.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

**Richard Kearney**
**Bureau Chief**

EX -A-1

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC | |
| **Grievance #** : 139247 | **Grievance Date** : 08/08/2007 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 06/16/2008 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/08/2007 | **Incident Time :** 05:30 | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:  I was denied my resource drink this morning by nurse Gonie who told me she change the doctors order which I am to receive "two" drinks a day.  This is do to my illness.  My lack of food intake.  I don't understand how a nurse can change a doctors order of what and how I am to receive my medications.

**Remedy Requested** :  Two drinks a day as the doctor ordered.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                         Date Received by Medical Unit : 08/20/2007

**Investigation Sent** : 08/20/2007              **Investigation Sent To**      :  Moore, Ronnie

**Grievance Amount :**

Ex-A-2

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**    :  00164728 | **Institution**    : DCC |
| **Grievance #**    : 139247 | **Grievance Date  :**  08/08/2007 | **Category**    : Individual |
| **Status**    : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    :  08/08/2007 | **Incident Time :** 05:30 |
| **IGC**    : Dutton, Matthew | **Housing Location :**Bldg 19, Lower, Tier B, Cell 3, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name**    : Moore, Ronnie                                        **Date of Report** 02/23/2008

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name**    : Dibble, Candy                                        **Date of Report** 02/29/2008

**Investigation Report :** IM reporting that he did not receive his Resrouce drink and no substitute was provided.  He said he cannot eat otherwise becasue of his enema. Move to Level 2.

**Reason for Referring:**

---

**Offender's Signature:**_____

**Date**                        :_____

**Witness (Officer)**      :_____

EX-A-3

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WOODS, DANIEL M

**Grievance #** : 139247

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Dutton, Matthew

**SBI#** : 00164728

**Grievance Date** : 08/08/2007

**Resolution Status :** Level 3

**Incident Date** : 08/08/2007

**Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :** 05:30

### IGC

**Medical Provider:** Contracted Health Services     **Date Assigned** 08/20/2007

**Comments:**

[x] **Forward to MGC**          [x]  **Forward to Medical Provider**          [ ]  **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**          **Date Offender Signed**          :

Ex-A-4

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/16/2008

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 139247 | **Grievance Date** : 08/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/08/2007 | **Incident Time :** 05:30 |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### APPEAL REQUEST

Appeal Received: May 11, 2008
Appeal Due: May 11, 2008
MGC Recommendation: Deny
Grievance Status: Unresolved

Inmate Claims:  Medical staff say, why am I complaining about, they started giving me my pain medication after "two months of filing sick calls and complaints.  Yet I still had to suffer the pain for those moths.  Sick calls are far and few seen or heard within the MHU Inmates wait months to be seen for whatever the condition is, then when you file a grievance they ask you are you better now when they finally hear the grievance (months later) like nothing ever happened to you are you suffered from their neglect.

### REMEDY REQUEST

To receive compensation for the pain and suffering I've endured.

EX-A-5

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/16/2008

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 139247 | **Grievance Date** : 08/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/08/2007 | **Incident Time :** 05:30 |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION |
|---|
| **Date Received :** 05/19/2008 |

**Decision Date** : 06/04/2008    **Vote :** Uphold

**Comments** :

IM orders in Sept 07 indicate IM to receive drinks 1 can/2x per day. MAR does not indicate that IM is provided with drinks on daily basis.

$Ex - A - 6$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/16/2008

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 139247 | **Grievance Date** : 08/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/08/2007 | **Incident Time :** 05:30 |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| DECISION | |
|---|---|
| **Decision Date:** 06/12/2008 | **Vote :** Uphold |
| **Comments :** | |

$EX-A-7$

**DCC  Delaware Correctional Center**          Date: 06/16/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**  : 00164728 | **Institution**  : DCC |
| **Grievance #**  : 139247 | **Grievance Date**  : 08/08/2007 | **Category**  : Individual |
| **Status**  : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**  : 08/08/2007 | **Incident Time :** 05:30 |
| **IGC**  : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services          **Date Received :** 08/20/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**          **Vote :**

**Comments  :**

Ex - A-8

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

---

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 139247 | **Grievance Date** : 08/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/08/2007 | **Incident Time :** 05:30 |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### MGC

**Date Received :** 04/07/2008                    **Date of Recommendation:** 05/09/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Sugar, Lisa | Deny |
| Staff | | Holmes-Vance, Willa Jean | Deny |
| Staff | | Dunn, Lee Anne | Deny |
| Staff | | Dutton, Matthew | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Grievance Hearing Date:  5/7/08
MGC Decision: Deny
Grievance Status: Unresolved
Appeal Due: 5/11/08

I/M is currently receiving his resource 2.0 (2 servings).

EX-A-9

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 05/22/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 159125 | **Grievance Date** : 05/18/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/18/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  On 5/11/08 my order Resource drinks ran out again this has been an on going problem for over the last ten months.  Medical department continuing to allow the "Doctor ordered resource drinks" to run out.  Then Chronic care inmates must wait a month or so before they get new stock.  (If it's that quick, sometimes its longer) this treatment is very important to my treatment because it replaces my nutrient from the sickness of the interferon I receive.  I'm also not receiving my AM and PM snacks again!

**Remedy Requested**  :  To not run out of these doctor ordered medical treatments, staff should he reordering when they get low, not when it runs out, then we go months without.  Have my snacks as doctor ordered.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/22/2008 |
| **Investigation Sent** : 05/22/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

EX-B

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/27/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 153943 | **Grievance Date** : 03/24/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/24/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I've filed sick call after sick call due to my diet tray being messed up, yet nothing been done by medical. There¿s been on going problems with my medical treatments and care. Dr. McDonald order me cream for my affected chest chest, yet I've still not received it since 2-13-08.

I've filed grievances after grievance and yet in the last 6 months not one grievance of mine have been heard by medical or the grievance board.

**Remedy Requested** : Inmate Action Requested: To receive proper treatment by medical staff, scripts ordered by the Dr. given properly. Grievances to be heard and addressed due to medical emergency and inmates well being. To see Dr. McDonald. A.S.A.P.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 03/27/2008 |
| **Investigation Sent** : 03/27/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

Ex-B-1

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 153943 | **Grievance Date** : 03/24/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/24/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Moore, Ronnie | **Date of Report** 03/27/2008 |

**Investigation Report :**

**Reason for Referring:**

Offender's Signature:_____

Date         :_____

Witness (Officer)    :_____

EX-C

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2008

| GRIEVANCE REPORT |
|---|

| OFFENDER GRIEVANCE INFORMATION |
|---|

| | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : DCC |
| Grievance # : 152739 | Grievance Date : 03/12/2008 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/12/2008 | Incident Time : |
| IGC : Dutton, Matthew | Housing Location : Bldg 22, Upper, Tier B, Cell 4, Bottom | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:**  Inmate Claims:  I have been mentally stressed, emotional depressed do to the medical dept. on going lack of care, professionalism un,used, non caring attitudes to Inmates medical needs, especially chronic care inmates, I've been abused by the medical staff, from nurses to medical supervisors to dictionary who have no authority over medical Dr. orders, I've filed over 50 grievance (medical) not one has been heard by the medical staff in seven months but yet medical continues to violate my chronic medical needs and place me in health dangers.

**Remedy Requested**  :  To be compensated for all the suffering and mental anguish I've suffered by the medical department.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION |
|---|

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 03/13/2008 |
| Investigation Sent : 03/13/2008 | Investigation Sent To : Moore, Ronnie |
| Grievance Amount : | |

EX- D

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 152740 | **Grievance Date** : 03/11/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/11/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: "The dietioner" continues to change Dr. McDonalds orders for my medical treatments, on 2/13/08 Dr. McDonald reordered snacks of milk and cereal at AM and PM meals do to my chronic Hep C and my unable ability to eat meals, Meats, veg, trouts, breads, because I am anemic. Now since the dietitian change my prescription without Dr. McDonald approval is very dangerous to my health and recovery. This is the second time this dietitian continues to mess with my health, my Dr. orders prescription and putting me into danger of fall out, fatigue weakness.

**Remedy Requested** : 1000.00 dollars a day for everyday my medical treatment has been interfered with and changed without Dr. Approval (my chronic Dr.) and full responsibiliy for gross actions by the dietitian.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 03/13/2008 |
| **Investigation Sent :** 03/13/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

$ex - E$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 152734 | **Grievance Date** : 03/08/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/08/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**   Inmate Claims:  I was informed by the medical nurses that the diet-stationery change Dr. McDonalds prescription order for my medical order of receiving an "AM and PM" snacks do to me being anemic and unable to eat.  Dr. McDonald order this AM and PM snack for my medical issue how can a dietitian change that order to be what he wants.  Never seen me, or done medical check up.  His denial of the treatment ordered has put my health at risk and in denial.  This is the second time he's changed Dr. orders.

**Remedy Requested** :   A dietitian should not over ride a doctors orders or have that authority, this is the second time this dietitian has interfered with my treatments, I will be seeking civil action if this is not addressed right away.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 03/13/2008 |
| **Investigation Sent** : 03/13/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

EX-F

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/05/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : DCC |
| Grievance # : 152378 | Grievance Date : 03/03/2008 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/03/2008 | Incident Time : |
| IGC : Dutton, Matthew | Housing Location : Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate Claims:  Dr. McDonald on 2/7/08 ordered am and pm snacks do to illness and being anemia, resource drinks and the snacks are what I am serving on for food.  The Dr. is aware of this, yet his orders to the nursing staff is not being carried out and those error's are placing my health in danger.  I don't receive the resource drinks, I haven't received the creams he ordered on 2/7/08, my snacks run out, when his orders are good for three months.

Remedy Requested    :   To receive the Dr. ordered meds and treatment timely, prescriptions should not run out that puts my recovery in jeopardy.  To receive the proper treatment, these issue are continuous, medical is aware of the dangers.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 03/05/2008 |
| Investigation Sent : 03/05/2008 | Investigation Sent To : Moore, Ronnie |
| Grievance Amount : | |

EX- G

Date: 02/25/2008

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI#   : 00164728 | Institution   : DCC |
| Grievance #   : 151806 | Grievance Date : 02/17/2008 | Category   : Individual |
| Status   : Unresolved | Resolution Status : | Resol. Date   : |
| Grievance Type: Health Issue (Medical) | Incident Date   : 02/16/2008 | Incident Time : 03:00 |
| IGC   : Dutton, Matthew | Housing Location : Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: On 2/17/08 and 2/16/08 nurse Veria "Continued" not to bring the resource drinks for my treatments that was ordered by doctor McDonald. She continues to state that they have run out. Yet I seen the doctor who said they just received a big shipment of the drinks, and there should be no reason why I am not receiving them. This has been an on going problem with the nursing staff in 22 building and it must be addressed by the medical department. "On going problem".

**Remedy Requested**   :   Being denied these treatments ordered by the doctor are affecting my health and recovery, 1000.00 a day for everyday I am being denied, refused, neglection of duty by the medical staff.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 02/25/2008 |
| Investigation Sent : 02/25/2008 | Investigation Sent To   : Moore, Ronnie |
| Grievance Amount : | |

EX-H

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : DCC |
| Grievance # : 150715 | Grievance Date : 01/24/2008 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/24/2008 | Incident Time : |
| IGC : Dutton, Matthew | Housing Location : Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### INFORMAL RESOLUTION

Investigator Name : Lucas, Brenda                    Date of Report  02/11/2008

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

EX-I

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

June 16, 2008

Inmate WOODS DANIEL M
SBI # 00164728
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 150717 dated 01/23/2008.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief



**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC | |
| **Grievance #** : 150717 | **Grievance Date** : 01/23/2008 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 06/16/2008 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/23/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I've been having a lot of pain, medical has allowed my chronic pain medication to run out. It's been two months now and still not renewed. I have filed six sick calls, yet I've not been seen by anyone. All Hep C shots are given in same spot. My shoulders are very sore, dizzy spells, winded, chest pain, weakness, continued bloody noses. Also medical has allowed my resource drinks to end and run out while I'm under going chronic illness treatment for months, yet not one of my last sick calls (7 of them) have not been addressed by medical.

**Remedy Requested** : To receive a $1000.00 a day for every day my serious medical conditions been ignored by medical staff.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                    **Date Received by Medical Unit :** 02/11/2008

**Investigation Sent :** 02/11/2008          **Investigation Sent To** : Dibble, Candy

**Grievance Amount :**

EX-J-1

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**     : 00164728 | **Institution**    : DCC |
| **Grievance #**    : 150717 | **Grievance Date  :** 01/23/2008 | **Category**    : Individual |
| **Status**       : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 01/23/2008 | **Incident Time :** |
| **IGC**        : Dutton, Matthew | **Housing Location :**Bldg 19, Lower, Tier B, Cell 3, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name**   : Dibble, Candy | **Date of Report** 02/27/2008 |

**Investigation Report :** IM seen by APN on 2/10/08.  Wants Mobic chnaged to Elavil for pain issues.  Waiting results of EKG before starting the Elavil.  Im states that he has not been provided his meds as necessary and does not want to sign as he is pursuing litigation.

**Reason for Referring:**

**Offender's Signature:**_____

**Date**        :_____

**Witness (Officer)**   :_____

$\mathcal{E} \times$ -$\mathcal{J}$-$2$

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 150717 | **Grievance Date** : 01/23/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/23/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### IGC

**Medical Provider:**                               **Date Assigned**

**Comments**:

Medical part excepted, grievance office does not give monetary damages.

SEEN BY NPN 2/10.  1/28 WANT MOBIC CHANGED TO ELAVIN FOR PAIN, SEEN FOR EKG RESULTS PRIOR TO RESSTARTING ELAVIN 2/4.  1/29 SEEN BY LS FOR CC VISIT.  I/M REPORTS THAT HE HAS NOT BEEN PROVIDED MEDS PROPERLY AND DOESN'T WANT TO SIGN.  PURSUING LITIGATION. SEND TO LEVEL 2.  INVESTIGATION COMPLETED BY MCENTIRE JEREMY ON 2/25/08.

[x] **Forward to MGC**         [ ] **Forward to Medical Provider**         [ ] **Warden Notified**

[ ] **Forward to RGC**            **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**      **Date Offender Signed**      :

EX-J-3

**DCC  Delaware Correctional Center**  **Date:** 06/16/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**            : 00164728 | **Institution**      : DCC |
| **Grievance #**    : 150717 | **Grievance Date**   : 01/23/2008 | **Category**     : Individual |
| **Status**      : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 01/23/2008 | **Incident Time :** |
| **IGC**          : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| APPEAL REQUEST |
|---|

Appeal Received: May 11, 2008
Appeal Due: May 11, 2008
MGC Recommendation: Uphold
Grievance Status: Unresolved

Inmate Claims: The nursing staff in MHU were administering interfearon shots to me completely wrong.  Continued giving the shots in the same spot over and over until I broke out with sores and affections.  The shots were administered wrongly for 10 months, wrong size needles, injecting me to fast.  This all took place after they were notified how to properly inject interfearon.

| REMEDY REQUEST |
|---|

1000.00 a day for the pain and suffering I endured the miss treatments, to have medical staff properly trained.

EX - J - Y

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/16/2008

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 150717 | **Grievance Date** : 01/23/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/23/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION | |
|---|---|
| **Date Received :** 05/19/2008 | |
| **Decision Date** : 06/04/2008 | **Vote :** Deny |
| **Comments** : | |

Review of recent MAR does not indicate major medication lapses. IM receiving meds as ordered.

EX-J-5

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**          : 00164728 | **Institution**      : DCC |
| **Grievance #**   : 150717 | **Grievance Date**   : 01/23/2008 | **Category**      : Individual |
| **Status**      : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 01/23/2008 | **Incident Time :** |
| **IGC**        : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| DECISION | | |
|---|---|---|
| **Decision Date:** 06/12/2008 | **Vote :** Deny | |
| **Comments   :** | | |
| I concur with the BGO | | |

$EX-J-6$

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/16/2008

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : DCC | |
| Grievance # : 150717 | Grievance Date : 01/23/2008 | Category : Individual | |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/23/2008 | Incident Time : | |
| IGC : Dutton, Matthew | Housing Location : Bldg 19, Lower, Tier B, Cell 3, Single | | |

### MGC

Date Received : 03/25/2008          Date of Recommendation: 05/09/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Sugar, Lisa | Uphold |
| Staff | | Holmes-Vance, Willa Jean | Uphold |
| Staff | | Dunn, Lee Anne | Uphold |
| Staff | | Dutton, Matthew | Abstain |

### VOTE COUNT

| Uphold : 3 | Deny : 0 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Grievance Hearing Date: 5/7/08
MGC Decision: Uphold
Grievance Status: Unresolved
Appeal Due: 5/11/08

I/M upset because he had a long length of time/ break between getting his elavic.

EX-J-7

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 02/12/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : DCC |
| Grievance # : 150805 | Grievance Date : 01/21/2008 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/17/2008 | Incident Time : 14:00 |
| IGC : Dutton, Matthew | Housing Location :Bldg 22, Upper, Tier B, Cell 4, Bottom | |

| INFORMAL RESOLUTION |
|---|

Investigator Name : Lucas, Brenda                    Date of Report 02/12/2008

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date                :_____

Witness (Officer)   :_____

Page 2 of 3

$ex$-K

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 02/01/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI#          : 00164728 | Institution     : DCC |
| Grievance #    : 149901 | Grievance Date  : 01/17/2008 | Category      : Individual |
| Status         : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date      : 01/17/2008 | Incident Time : |
| IGC            : Dutton, Matthew | Housing Location :Bldg 22, Upper, Tier B, Cell 4, Bottom | |

| INFORMAL RESOLUTION |
|---|

Investigator Name   : Lucas, Brenda                                    Date of Report  02/01/2008

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date                  :_____

Witness (Officer)   :_____

$EX-L$

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

June 12, 2008

Inmate WOODS DANIEL M
SBI # 00164728
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 149901 dated 01/17/2008.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

EX-L-1

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC | |
| **Grievance #** : 149901 | **Grievance Date** : 01/17/2008 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 06/16/2008 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/17/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Medical departments failure to properly treat me for my medical condition. Allowing unrequested nurses to inject me with needles, allowing me to be a Ginny pig for anyone certified or not to abuse me, neglect, place my health in great danger.

**Remedy Requested** : All the days spent abusing me to be compensated of 1000.00 a day for the past six months and to be check over by a real doctor.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                **Date Received by Medical Unit :** 02/01/2008

**Investigation Sent** : 02/01/2008          **Investigation Sent To** : Dibble, Candy

**Grievance Amount :**

EX-2-2

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**  : 00164728 | **Institution**  : DCC |
| **Grievance #**  : 149901 | **Grievance Date**  : 01/17/2008 | **Category**  : Individual |
| **Status**  : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**  : 01/17/2008 | **Incident Time :** |
| **IGC**  : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name**  : Dibble, Candy | **Date of Report** 02/27/2008 |

**Investigation Report :** Remedy is not appropriate for grievance process.  MD addressed issue on 2/6/08 and the nurses have been doing it properly since that time.  IM wants to go to next level for legal purposes.  Move to Level 2.

**Reason for Referring:**

**Offender's Signature:** _____

**Date**  : _____

**Witness (Officer)**  : _____

**Page 2 of 7**

EX-L-3

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**          : 00164728 | **Institution**    : DCC |
| **Grievance #**   : 149901 | **Grievance Date**   : 01/17/2008 | **Category**    : Individual |
| **Status**       : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 01/17/2008 | **Incident Time :** |
| **IGC**          : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

Medical issue will be investigated.  IGC does not award monetary damages.

REMEDY NO APPROPRIATE FOR GRIEVANCE PROCESS. DR. ADDRESSED ISSUE 2/6, NURSED DOING IT
PROPERLY SINCE THAT TIME.  WANTS TO GO TO NEXT LEVEL FOR LEGAL PURPOSES.

[x] **Forward to MGC**          [ ]  **Forward to Medical Provider**          [ ]  **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**          **Date Offender Signed**          :

EX-L-4

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149901 | **Grievance Date** : 01/17/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/17/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### APPEAL REQUEST

Appeal Received: May 11, 2008
Appeal Due: May 11, 2008
MGC Recommendation: Uphold
Grievance Status: Unresolved

Inmate Claims: Nursing staff were not certified to inject Mr. Woods with the interfeanon shots which caused the affections.

### REMEDY REQUEST

1000.00 a day for pain and suffering.

$EX-L-6$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI# :** 00164728 | **Institution** : DCC |
| **Grievance #** : 149901 | **Grievance Date** : 01/17/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/17/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |
| **Type of Information Requested :** | | |

| DECISION | | |
|---|---|---|
| **Date Received :** 05/19/2008 | | |
| **Decision Date** : 06/04/2008 | **Vote :** Deny | |
| **Comments** : | | |
| See response to 149900 | | |

EX-2-7

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** | : 00164728 | **Institution** : DCC |
| **Grievance #** : 149901 | **Grievance Date** : 01/17/2008 | | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/17/2008 | | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | | |

| DECISION | |
|---|---|
| **Decision Date:** 06/12/2008 **Vote :** Deny | |
| **Comments :** | |
| I concur with the BGO | |

$EX-2-8$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/16/2008

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149901 | **Grievance Date** : 01/17/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/17/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### MGC

**Date Received :** 03/25/2008          **Date of Recommendation:** 05/09/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Sugar, Lisa | Uphold |
| Staff | | Holmes-Vance, Willa Jean | Uphold |
| Staff | | Dunn, Lee Anne | Uphold |
| Staff | | Dutton, Matthew | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold : 3** | **Deny : 0** | **Abstain :1** |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Grievance Hearing Date:  5/7/08
MGC Decision: Uphold
Grievance Status: Unresolved
Appeal Due: 5/11/08

I/M stating the nurses are using the wrong size syringe and thus unable to draw up all of his medication and fears he is not getting his proper dose of interfer or will look into process. Will identify if any nurses are not appropriately giving interferer.

EX-L-9

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/01/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149923 | **Grievance Date** : 01/16/2008 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/16/2008 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  Over the past six months I've filed medical grievances, "denial of proper medical treatments by medical staff."  The medical comities have met a few times within that six months. Not one of my grievances have been heard or addressed with any medical staff or board members.  The longer I'm being denied my hearings on medical grievance is clearly allowing medical staff to abuse my medical treatments.

**Remedy Requested**   :   To receive a $1,000.00 dollars a day for denial of due process, allowing my medical condition to be abused by medical staff, medical grievance committee failing to my issue, for medical malpractice.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES          **Date Received by Medical Unit :** 02/04/2008

**Investigation Sent** : 02/04/2008          **Investigation Sent To**   :  Lucas, Brenda

**Grievance Amount :**

*Ex-M*

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

June 12, 2008

**Inmate WOODS DANIEL M**
**SBI # 00164728**
**DCC  Delaware Correctional Center**
**SMYRNA DE, 19977**

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 149900 dated 01/15/2008.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

Ex-N-1

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 1977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149900 | **Grievance Date** : 01/15/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 06/16/2008 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/15/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I have filed grievances and six sick calls relating to my on going medical conditions, (denial of proper medical treatment) nurses failing to follow the Dr. McDonalds orders, unrequited nurses giving me Hep C shots, red blood cell shots, doing the shots improperly. Nurses using "wrong size needles" which denies me the full medication shots which are required. Also nurses have continually giving me my Hep C shots in the same spot every time creating infections, pain, dizziness, sours, weakness, denied the resourse ordered by the Dr. McDonald do to my lack of eating from the treatments.

**Remedy Requested** : To have properly trained nurses to dispense my shots, to review my treatment, meds for my affections seen by real doctors. Proper training of informing nurses of the proper dissention of Hep C treatments. To receive $1.000.00 a day for everyday of my denial of proper medical treatment by medical staff.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 02/01/2008 |
| **Investigation Sent** : 02/01/2008 | **Investigation Sent To** : Dibble, Candy |
| **Grievance Amount :** | |

$EX-L-2$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**          :  00164728 | **Institution**     : DCC |
| **Grievance #**    : 149900 | **Grievance Date**  :  01/15/2008 | **Category**     : Individual |
| **Status**          : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**     :  01/15/2008 | **Incident Time :** |
| **IGC**            : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name**  : Dibble, Candy                                    **Date of Report** 02/27/2008

**Investigation Report :** Nurses have been trained and are now as of 2/6/08, properly administering shots per the IM's statements.  IM wants to go to Level 2 due to legal issues.  Move to Level 2.

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                 :_____

**Witness (Officer)**  :_____

$EX-L-3$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**          : 00164728 | **Institution**    : DCC |
| **Grievance #**     : 149900 | **Grievance Date**   : 01/15/2008 | **Category**     : Individual |
| **Status**        : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 01/15/2008 | **Incident Time :** |
| **IGC**           : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments**:

NURSES HAVE BEEN TRAINED AND NOW (AS OF 2/6/08) PROPERLY ADMINISTERING SHOTS (PER MR. WOODS BUT
HE WANTS TO GO TO LEVEL 2.  INVESTIGATION COMPLETED BY MCENTIRE JEREMY ON 2/25/08.

[x] **Forward to MGC**          [] **Forward to Medical Provider**        [] **Warden Notified**

[] **Forward to RGC**          **Date Forwarded to MGC :**

[] **Offender Signature Captured**        **Date Offender Signed**        :

EX-L-4

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149900 | **Grievance Date** : 01/15/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/15/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

### APPEAL REQUEST

Appeal Received: May 11, 2008
Appeal Due: May 11, 2008
MGC Recommendation: Uphold
Grievance Status: Unresolved

Inmate Claims: It's been an on going problem receiving my doctor ordered boost drinks, the nurse don't like carrying them because their balky.  So they make up reasons why they don't bring them.  Months went by without me receiving those drinks which were very important to my recovery (Hep C treatments) just recently they've begun giving me those drinks but that doesn't fix all the months I went without.

### REMEDY REQUEST

To have the nursing staff reprimanded and reimburse me for the lack of treatment of 1000.00 a day for caused damages.

EX-L-5

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 06/16/2008

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI# :** 00164728 | **Institution** : DCC |
| **Grievance #** : 149900 | **Grievance Date** : 01/15/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/15/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION |
|---|
| **Date Received :** 05/19/2008 |

**Decision Date** : 06/04/2008        **Vote :** Deny

**Comments** :

Review of MAR shows that shots not given for 2 weeks on Jan 08.  However, given regularly as ordered in Feb, March and April 2008.

EX-L-6

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 149900 | **Grievance Date** : 01/15/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 01/15/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | |

| DECISION | | |
|---|---|---|
| **Decision Date:** 06/12/2008 | **Vote :** Deny | |
| **Comments :** | | |
| I concur with the BGO | | |

$EX-L-7$

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/16/2008

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | | **SBI#** : 00164728 | **Institution** : DCC | |
| **Grievance #** : 149900 | | **Grievance Date** : 01/15/2008 | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status:** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 01/15/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | | **Housing Location :** Bldg 19, Lower, Tier B, Cell 3, Single | | |

### MGC

**Date Received** : 03/25/2008          **Date of Recommendation:** 05/09/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Sugar, Lisa | Uphold |
| Staff | | Holmes-Vance, Willa Jean | Uphold |
| Staff | | Dunn, Lee Anne | Uphold |
| Staff | | Dutton, Matthew | Abstain |

### VOTE COUNT

| Uphold : 3 | Deny : 0 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Grievance Hearing Date: 5/7/08
MGC Decision: Uphold
Grievance Status: Unresolved
Appeal Due: 5/11/08

I/M requesting shots on same day of week.  Check MARS and make sure nurses are giving of week and should be on same day if at all possible.  Will look into.

EX-2-8

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/28/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI#          : 00164728 | Institution    : DCC |
| Grievance #    : 149899 | Grievance Date  : 01/14/2008 | Category        : Individual |
| Status          Non Grievable | Resolution Status : | Resol. Date  : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 01/12/2008 | Incident Time : |
| IGC         : Dutton, Matthew | Housing Location : Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate Claims: I have been having dizzy spells, feeling faint, heart flutters, very weak, "Unable to eat meals do my medical treatments for Hep C." Dr. McDonald ordered me to receive resource drinks do to my illness and unable to eat on 11/12/07, yet I've not received thus drinks.

Remedy Requested      :   Receive 1,000.00 a day for everyday I've been suffering for medical lack of treatment, failure to follow doctors orders, unprofessional treatments with inmates medical condition that can be life treating.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 02/01/2008 |
| Investigation Sent  : 02/01/2008 | Investigation Sent To      : Dibble, Candy |
| Grievance Amount : | |

$EX-O$

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/01/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 144547 | **Grievance Date** : 10/14/2007 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/14/2007 | **Incident Time :** 03:00 |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:  Nurse "Veria" continues to refuse to bring my doctor ordered meds.  Doctor McDonald ordered that I receive Resource drinks daily.  Nurse Veria continues to lie about my meds, Instead of reviewing my file, she just refuses to bring my med drinks.  I've complained to other nurses who say they do not know why she wont bring my meds.  When I ask her, she becomes belligerent and nasty towards me, this has been an on going problem that has not been addressed by the medical department.

**Remedy Requested** : To have nurse Veria bring my meds that were ordered by a doctor,  follow medical orders, written reprimand, retraining before her Aires end up hurting someone.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES          **Date Received by Medical Unit :** 11/05/2007

**Investigation Sent** : 11/05/2007          **Investigation Sent To** : Dibble, Candy

**Grievance Amount :**

$Ex - P$

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/01/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 143824 | **Grievance Date** : 10/06/2007 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 10/06/2007 | **Incident Time :** 03:00 |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  There¿s this "New Jamaica" nurse who continually deny giving me my doctor ordered medication, all other nursing staff bring my medication with no problem.  This "new Jamaica nurse" who work the 3 am shift on 10/3/07 at 3:00 am, 10/4/07, 10/5/07, 10/6/07 she continues to lie about why she wont bring my resource drinks.  Saying they ran out, my prescription ran out, I forgot but all other nurses bring my drink with no problems.  Does anyone over see those nurses.

**Remedy Requested**    :   I want this nurse to be given a written reprimand, addressed by a medical supervisor to stop playing games with inmates medical need.  This is the second time she's been wrote up, yet nothing is being done.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/23/2007 |
| **Investigation Sent** : 10/23/2007 | **Investigation Sent To** : Dibble, Candy |
| **Grievance Amount :** | |

EX-Q

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#**          : 00164728 | **Institution**     : DCC |
| **Grievance #**   : 143824 | **Grievance Date**  : 10/06/2007 | **Category**     : Individual |
| **Status**      : Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date**    : 10/06/2007 | **Incident Time :** 03:00 |
| **IGC**       : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services     **Date Assigned** 10/23/2007

**Comments:**

Duplicate grievance 139247

[ ] **Forward to MGC**       [x] **Forward to Medical Provider**     [ ] **Warden Notified**

[ ] **Forward to RGC**       **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**     **Date Offender Signed**    :

EX-R

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/01/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC | |
| **Grievance #** : 140823 | **Grievance Date** : 09/03/2007 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/03/2007 | **Incident Time :** | |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Doctor McDonald ordered me to take two resource daily four the last four days (3:00 am nurse passing out meds continues to forget to bring me drinks which is a part of my meds and my treatment. Nurse Valerary after I ask about my drink, she becomes very belligerent and disrespectful. She continues to say I'll check your file and I'll bring it back around which she never returns. All other nurses bring my drinks with no problem except her.

**Remedy Requested :** Two receive my drinks as are ordered by the doctor (nurses need to carry themselves more professional. They need to be reprimanded for continuing denying ones meds because they don't feel like carrying it.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 09/10/2007

**Investigation Sent :** 09/10/2007

**Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

EX-S

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/01/2008

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 140823 | **Grievance Date** : 09/03/2007 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/03/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services          **Date Assigned** 09/10/2007

**Comments:**

Duplicate grievance 139247

[ ] **Forward to MGC**          [x] **Forward to Medical Provider**          [ ] **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**          **Date Offender Signed          :**

EX-T

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WOODS, DANIEL M          **SBI#**          : 00164728          **Institution**     : DCC

**Grievance #**   : 140823          **Grievance Date**   : 09/03/2007          **Category**     : Individual

**Status**       : Non Grievable          **Resolution Status :**          **Inmate Status :**

**Grievance Type:** Health Issue (Medical)          **Incident Date**     : 09/03/2007          **Incident Time :**

**IGC**          : McCreanor, Michael          **Housing Location :** Bldg 22, Upper, Tier B, Cell 4, Bottom

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services          **Date Received :** 09/10/2007

### MEDICAL HISTORY

| Dates | Treatment |
|-------|-----------|

### DECISION

**Decision Date:**          **Vote :**

**Comments  :**

**Page 4 of 5**

$EX-U$

# Grievance Hearing List for MHU
## Scheduled Hearing Date: March 12, 2008

| Inmate | SBI # | Housing Unit | Grievance # |
|---|---|---|---|
| **BUILDING 21** | | | |
| **Bennett, Wilson** | | **MHU 21 AL 12** | **Representative** |
| **Thompson, Donald** | | **MHU 21 DL 9** | **Representative** |
| Gordon, Gary | | MHU 21 D-U-4 | # 145090,150905 |
| Rodriguez, Jose | | MHU 21 C H/C | # 146314 |
| Cropper, Dwayne E. | | MHU 21 B-L-1 | # 147983 |
| Rowley, Shamus | | MHU 21 C-L-9 | # 147992,150224 |
| Watson, Leo | | MHU 21 B-U-12 | # 151285 |
| Tinoco, Juan | | MHU 21 C-L-10 | # 151819 |
| **BUILDING 22** | | | |
| **Brokenbrough, Rory** | | **MHU 22 AL 11** | **Representative** |
| **Johnson, Darius G.** | | **MHU 22 D-L-10** | **# 144500** |
| **Boyer, Donald** | | **MHU 22 C-U-4** | **# 146315** |
| **Biggins, James** | | **MHU 22 A-U-4** | **# 147250,148001,149511** |
| **Maclary, William J.** | | **MHU 22 C-U-11** | **# 147891** |
| **Fogg, Jeff** | | **MHU 22 B-U-7** | **# 149896** |
| **Hackett, Adam** | | **MHU 22  B-L-1** | **# 150225** |
| **Sparks, James** | | **MHU 22 B-U-7** | **# 150229** ✓ |
| **Teagle, Terrance** | | **MHU 22 B-L-8** | **# 150508** |
| **Ducote, Glen** | | **MHU 22 B-L-10** | **#150957** |
| **Beck, Richard** | | **MHU 22 D-L_2** | **# 151279** |
| **Miller, Milton** | | **MHU 22 C-L-11** | **# 151818** |
| **Perez, Richard** | | **MHU 22 B-L-7** | **# 152108** |
| | | | |
| **BUILDING 23** | | | |
| **Bass, Donald** | | **MHU 23 AU 5** | **Representative** |
| **Stevens, Randy** | | **MHU 23 CU 5** | **Representative** |
| Owens, Andre M. | | MHU 23 B-U-11 | # 149944 |

Grievance Hearings **30 hours, March 12, 2008.** Inmate attendance is mandatory. The only exception will be for those inmates at sick call, court, or Law Library. Failure of the inmate to attend the hearing will result in the grievance being closed. No excuses will be accepted. **It is the inmate's responsibility to bring all pertinent paperwork to the hearing. There will be no delaying the hearing so the inmate can return to his housing unit to search for needed paperwork.**

Unit Managers please ensure Building Lead Workers post this notice so the inmates know they are scheduled and aware that they must attend the Grievance Hearing.

All locations current as of March 03, 2008

EX-V

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Daniel M. Woods                    22-B-U-4
_Name (Print)_                     _Housing Location_

2-6-62          164228            4-1-08
_Date of Birth_   _SBI Number_    _Date Submitted_

Complaint (What type of problem are you having?) Need to See
Dr. McDonald A.S.A.P. Could you Please
Place me on the List.

Daniel M. Woods                    4-1-08
_Inmate Signature_                 _Date_

**The below area is for medical use only.  Please do not write any further.**

S: Seen by Dr. McDonald on 4-3-08. ☺m/RN 4-3-08
(copy sent)

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

EX-W

_Provider Signature & Title_              _Date & Time_

Received 4-3-08; 0900 J. McKenzie RN

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Daniel M. Woods                          22-B-44
_____Name (Print)_____           _____Housing Location_____

2-6-62          164728          3-24-08
Date of Birth        SBI Number       Date Submitted

Complaint (What type of problem are you having)?

I Need to See Dr. McDonald A.S.A.P

Thank You

Daniel M. Woods                     3-24-08
_____Inmate Signature_____           _____Date_____

**The below area is for medical use only.  Please do not write any further.**

S: Seen Dr. McDonald on 4-2-08. —QM/RN 4-3-08

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A: But Didn't Have My file

P: medical

E:

_____Provider Signature & Title_____           _____Date & Time_____

Received 4-3-08; 0900 J. McKenzie RN

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Darrel M. Woods
Name (Print)

22-B-u4
Housing Location

2-6-62
Date of Birth

164728
SBI Number

3-10-08
Date Submitted

Complaint (What type of problem are you having)? *Why has My Diet (H-C), My AM & PM Snacks been termanated when Dr. McDonald Reordered everything For 90 days on 2-13-08. I hope Someone Will Fix this error because those Snacks Keep Me eating Something While I'm Awaiting-*

Danl M. Wood
Inmate Signature

3-10-08
Date

**The below area is for medical use only. Please do not write any further.**

S: *I Checked the Computer, You should be getting the TCaL & snack tray*

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

Provider Signature & Title

3/11/08
Date & Time

EX-4

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

_Daniel M. Woods_
Name (Print)

_22-B-U4_
Housing Location

_2-6-62_
Date of Birth

_164728_
SBI Number

_3-3-08_
Date Submitted

Complaint (What type of problem are you having)? _I am Anemic, Dr. McDonald Reordered My A.M. + P.M. Snacks because its all I am eating, Yet the Kitchen Said my am Snack Ran out, but both were ordered at the Same time_

_Daniel M. Woods_
Inmate Signature

_3-3-08_
Date

**The below area is for medical use only. Please do not write any further.**

S: _Received 3/5/08 0900 RBN_

O:  Temp:____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P: _Has been placed into Computer_

E:

Provider Signature & Title

_3/5/08_
Date & Time

3/1/99 DE01
FORM#:
MED
263

_EX-2_

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Daniel M. Woods

_Name (Print)_

22-8-44

_Housing Location_

2-6-62

_Date of Birth_

164728

_SBI Number_

2-17-08

_Date Submitted_

Complaint (What type of problem are you having)? On 2-16-08 and 2-17-08
Nurse Veria Continues Not to being Doctor ordered Resouese
drinks, These drinks are essental To My Medical Teratment. The
Stock was Just Deleivered, after 2 months it Ran out.

Daniel M. Woods

_Inmate Signature_

2-17-08

_Date_

**The below area is for medical use only. Please do not write any further.**

S: As long as Resource is in Stock, it
will be administered to you. —Pm/RN 2-18-08
(copy sent)

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

EX-2-1

_____           _____
Provider Signature & Title              Date & Time

3/1/99 DE01    Received 2-18-08; 0900 J. Wilkenjiken

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): ⟨MEDICAL⟩ DENTAL  MENTAL HEALTH

Daniel M. Woods                    22-B-ull
_____            _____
Name (Print)                       Housing Location

2-6-62            164728           2-7-08
_____     _____    _____
Date of Birth     SBI Number       Date Submitted

Complaint (What type of problem are you having)? I need To have My AM/pm
Snack Reordered, diet Tray, Resourse drinks For
My Cronic Hep. C.
                                   Thank you

Dan M. Wood                        2-7-08
_____            _____
Inmate Signature                   Date

**The below area is for medical use only. Please do not write any further.**

S: Am & pm snacks and Resource reordered
by Dr. McDonald on 2-13-08. Your high
Calorie/high protein diet doesn't expire

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

until 4-12-08. — Om/Rn 2-11-08 (copy sent)

A:

P:

E:

                                                    EX-2-2

_____            _____
Provider Signature & Title         Date & Time

3/1/99 DE01          Received 2-11-08; 0930 J. McKenzie RN
FORM#:

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Daniel M. Woods                    22-B-14
Name (Print)                       Housing Location

2-6-62          164728            3-11-08
Date of Birth    SBI Number        Date Submitted

Complaint (What type of problem are you having?) Why has My AM + PM
Snacks been Stopped and Changed to Crackers
After Dr. McDonald Reoroderd My AM + PM Smarck
(Milk + Cereal) 2-13-08.

Daniel M. Woods                    3-11-08
Inmate Signature                   Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P: Noted changes made to Pt's diet in computer.
reentered 2/13/08 diet - for AM and PM snacks !.
Notified new kitchen and the diet consists of
cereal/milk/and Bread

E:

copy sent 10th nn

Provider Signature & Title          3/2/08          EX-2-3
                                    Date & Time

3/1/99 DE01
FORM#:          Received 3-20-08, 0900  J. McKenzie RN
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one) MEDICAL DENTAL MENTAL HEALTH

Daniel M. Woods

22-B-U4

Name (Print)                                    Housing Location

2-6-62            164728            3-11-08

Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? Why has My AM + PM
Snacks been Stopped and Changed to Crackers
After Dr. McDonald Reordered My AM + PM Snack
(Milk + Cereal) 2-13-08.

Daniel M. Woods            3-11-08

Inmate Signature            Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P: Noted changes made to Pt's diet in computer
reordered 2/13/08 diet - Full AM and PM snacks!.
Notified now reordered and the diet consists of
cereal/milk/oat Bread

E:

copy sent to I'm

Provider Signature & Title            3/21/08
                                     Date & Time

EX-2-4

**3/1/99 D 201**
**FORM#:**    Received 3-20-08; 0900 J. McKenzie RN
**MED**
**263**

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

RECEIVED DEC 1 4 2008

Daniel M. Woods
Name (Print)

D - EAST
Housing Location

2-6-62
Date of Birth

164728
SBI Number

12-8-06
Date Submitted

Complaint (What type of problem are you having)? My biopsy Was done 9-25-06
and still No ANswer to Results, Told I'd be seeing Doc.
from Debbie Cotter, yet nothing, severe pain in hand,
Neit Tray Ran out for 2 months, Vitums Ran out
2 months yet zur Not See any Doc.

Daniel M. Woods
Inmate Signature

12-8-06
Date

**The below area is for medical use only. Please do not write any further.**

S: You are scheduled to be seen for
Biopsy results. Medical RN

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P: Seen 12/14/06 & result
discussed

E:

Thung Chuks rpe
Provider Signature & Title

12/15/06
Date & Time

EX-2-5

3/1/99 DE01
FORM#:
MED
263

ex-H

## **Certificate of Service**

I, _Daniel M. Woods_, hereby certify that I have served a true
and correct cop(ies) of the attached: _Complaint / Affidavits / App. of Counsel /_
_Attached Exhibit documents / Summons_ upon the following
parties/person (s):

TO: _Attorney Generals Office_          TO: _Original Copy's_
_820 N. French Street_                  _United States District Court_
_Wilmington, De._                       _844 N. King Street Lockbox 18_
_____ _19801_                   _Wilmington, De._
_____                 _____ _19801-3570_

TO: _____              TO: _____
_____                    _____
_____                    _____
_____                    _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _23_ day of _June_, 200_

_Daniel M. Woods_



INM: *Hillard M. Kinds*

SBH _____ LS-33-(3 ____ UNIT *19-B-L-42*

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

OFFice OF the Clerk
United States District Court
844 N. King Street, Lockbox18
Wilmington, Delaware.
                        19801-3570