IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS #164728
        PLAINTFF,

    VS.

FIRST Correctional Medical Inc.,
Correctional Medical Service Inc.,
Director OF MEDICAL AT D.C.C. 2007/2008.,
DR. NIEZ, Lisa Sugar, Ronnie Moore,
Brenda Lucas, Nursing Staff AT D.C.C.,
Nurse Quiney, Nurse Jermilla,
Nurse Veria, Nurse Richard,
John AND Jane Doe's.

    Sued Individually AND In
    Thier offical Capacities.
        DEFENDANTS.

CIVIL ACTION NO.
    08 - 0 7



F I L E D

JUN 3 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# MOTION FOR APPOINTMENT
## OF COUNSEL

PURSUANT TO 28. U.S.C. § 1915 (e)(1) Plaintiff Moves
FOR AN ORDER APPOINTING Counsel to Represent
Him IN THiS Case.
    IN Support OF THiS Motion, Plaintiff STATES:

                                    CONTINUED...

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff is housed in D.C.C. "SuperMax" and that will greatly limited his ability to litgate. The issue's involved in this case are complex, and investagation that will require significant research of medical records, files, ect. Plaintiffs' limited access to the Law Library, "books." Plaintiffs' limited knowledge of the law.

3) A trial in this case will likly involve conflicting testimony and counsel would better inable plaintiff to present evidence and cross examine witnesses.

4) Plaintiff will need the protection of counsel for any deposititions hearings to protect the plaintiff from self incrimination.

DATED: 6-23-08

Respectfully Submitted,

Daniel M. Woods proise