FILED
JUN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court
In And For The District Of
Delaware

Daniel M. Woods
    Plaintiff,

v.

First Correctional Medical Inc
(declaration) In The
Case, et.al.

Declaration
By Jason Geoff

Civil Action #: 08-397

Jason Geoff do hereby declares:

That I've witnessed Mr. Woods being intensely yellow, weak, dizzy spells, bloody noses, anemic, and sores all over his arm. After he'd receive his shots of Interfearon in his arm is when he became really sick, unable to eat, fainting spells, bloody noses, skin very yellow, this went on for days, we had to help him move around. As soon as medical stoped shoting the Interfearon in the same spot in his arm, put him on penaciiin,

Continued...

page 2 (Declaration)

The sores began heiling up, and he looked better. Everything got better, except him being anemic, and not eating. I've also witnessed medical play games with Mr. Woods medications. He'd complain/filed greivances but they continued mistreating him.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Delaware Correctional Center, Smyrna, DE. on 2-21-08.

x Jason Groff