In the United States District Court in and
For the District of Delaware

Daniel M. Woods,
    Plaintiff,

Vs.

First Correctional Medical Inc.,
In the Case, et. al.
(Declaration)

Declaration by:
James Sparks #150229

Civil Action No. 08-397

James Sparks do Hereby declares:

I am Friends with the plaintiff and have First hand knowledge of the mistreatments and medicals errors, that's taken place in this case. I personally seen sores on Mr. Woods arm, skin turning yellow, him being "exstreamlly sick", under almost no supervision by the medical staff. He Filed many sick calls but nothing changed, they (Medical) continued to run out of his treatment medications that were ordered by the doctor. Mr. Woods was so sick that medical should of placed him into the hospital. He couldn't walk, eat, chest pains, couldn't breath, a nurse took his blood pressure and stated that it was "60 over 90" and I should of been placed into the hospital. They Failed to treat the sores on the back of his arms.

II. Plaintiff Mr. Woods was so sick that Correctional Lt. Welcome contacted medical to come treat Mr. Woods, "A Speciail Sick Call" Officers In The building, Continued Keeping a Careful Eye on Mr. Woods. Medical nurses at the M.H.U. wouldn't do anything to help Mr. Woods, They'd by pass him as if he was fine. I witnessed many bloody noses, Volmenting, Unable to get out of his bed, didn't eat for days at a time. He complained of chest pains and Trouble breathing. I also witnessed Plaintiff file many medical Grievances but nothing would happen. His condiction just got worst.

I declare under Penalty of perjury that the Foregoing is true and Correct. Executed at Delaware Correctional Center, Smyrna, Delaware on 6-10-08

x James Sparks