To: Clerk of the Court
United States District

Fr: Daniel M. Woods #164228
D.C.C. 1181 Paddock Rd.
Smyrna, De. 19977



08-397

Date:

Re: Court Filings

Please be advised that I'm sending the following documents for filing before the court:

1) Forma Pauperis application.
2) Certified Six Month Statement of account.
3) Motion for Appointment of Counsel.
4) Affidavit of "Daniel M. Woods", original, plus attached exhibit, Prison Refusses to Copy "Court Law Cases".
5) Affidavit of "Jason Groff", original.
6) Affidavit of "James Sparks", original.  → All exhibit for the Court
7) 13 Copys of the "Summons", plus the original.
8) 13 Copys of the "Complaint", plus the original.
9) 1 Copy of the Complaint mailed to A.G's office (Civil Division)
10) Please be advised "Daniel M. Woods" already has a case pending before this Court. Woods Vs. Williams C.A.N. 05-576(JJF) under "Forma pauperis status."
11) Please also inform the Court Plaintiff is held in "Super Max" and unable to get a Certificate of Merit from an expert witness because plaintiff has "No" access to "phone books" or the outside. To contact expert witness Plaintiff will need appointed Counsel for a Certificate of Merit

Respectfully,
Daniel M. Woods