IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-397-JJF |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| INC., CORRECTIONAL MEDICAL ) | |
| SERVICES INC., L.P.N. LISA ) | |
| SUGER, NURSE QUANNY, R.N. ) | |
| JAMILLA MCKENZIE, NURSE VERIA, ) | |
| NURSE RICHARD, JOHN DOE, ) | |
| JANE DOE, RONNIE MOORE, ) | |
| INVESTIGATOR BRENDA LUCAS, ) | |
| DELAWARE CORRECTIONAL CENTER, ) | |
| DR. NIEZ, AND JOHN/JANE DOE ) | |
| DIRECTOR OF MEDICAL AT DCC ) | |
| 2007-2008, ) | |
| ) | |
| Defendants. ) | |

FILED
JUL 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Daniel M. Woods, SBI #164728 , request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated   7/10/08  , 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7-13-2008, 2008.

_____
Signature of Plaintiff

INM Daniel M. Woods
SBI# 164728   UNIT 19-B-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court (08-397-JJF)
Clerk of the Court
844 N. King Street, Lockbox 18
Wilm, De.
19801-3570