In the United States District Court
In and for the District of
Delaware

Daniel M. Woods #164228
         PLAINTIFF
    vs.
First Correctional Medical Inc.,
in the Case et.al.,
         Defendants

Civil Action No.# 08-397 J.J.F

\* Submissions of Affidavit / and Exhibits \*

Please except these exhibits as apart of Plaintiffs' Complaint already before this Honorable Court in the above Case.


FILED
JUL 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned

Dated: _____

Daniel M. Woods #164228
James T. Vaughn Corr. Center
1181 Paddock Road
Smyrna, De. 19977

INM: Daniel M. Woods
SBI# 164728    UNIT 19-B-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570