# AFFIDAVIT

08-397

I _Alfred L. Dennis Sr._ being duly sworn, deposes and says:

To: Whom This May Concern,

FILED
JUL 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I would like for the aboved persons to know that I have seen with my own eye the medical mistreatment of Mr. Daniel M. Woods. I've seen the sores on his right arms. Myself + several other inmates would help him walk to the Bathroom and to medication pickup which usally was always an argument because of his complaining to medical staff of his mistreatment. His skin had become a yellowish color and there were many times where he wasn't able to eat and He always Complained about Not recieving his proper medications. I feel as though He should have been placed in a medical Housing unit where he could be seen daily + treated properly. He complained constantly to medical staff but, they did nothing.

I sware under penalty and perjury that the Foregoing is True and correct. Executed on the 21 Day And July 2008. AT the Delaware Correctional Center.

Mr. Alfred L. Dennis Sr.
Mr. Alfred L. Dennis Sr.

EX-2-6

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

July 16, 2008

Inmate WOODS DANIEL M
SBI # 00164728
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 152378 dated 03/03/2008.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

Ex-Z-7

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/16/2008

# GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : JTVCC |
| **Grievance #** : 152378 | **Grievance Date** : 03/03/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/03/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 19, Lower, Tier B, Cell 3, Single | |

### APPEAL REQUEST

Grievance Appeal Due: 6/8/08
Grievance Appeal Received: 6/5/08

Inmate Claims: Doctor McDonald continued to order am and pm snacks of cereal and milk, also resource drinks, medical creams for the sores on my body. The medical dept staff construed to allow resource drinks to run out for months at a time. When my doctor orders were to receive a drink daily. Medical staff refused to fix my diet orders of me to receive cereal and milk, these medical staff know I was anemic and unable to eat the state trays. Being on Hepatitis C medication those snacks and drinks were accentual to my health and my treatment for chronic illness. Yet staff allowed meds to run out, "for months at a time," I still haven't received the doctors ordered cream for my sores after he's ordered it twice.

### REMEDY REQUEST

This medical staff needs to follow doctors orders, not allow medications to run out if your chronic care, or out right just deny medical treatments. To receive a 1000.00 dollars a day for the mistreatment and abuse I've suffered do to their mistreatment and abuse I've suffered do to their negligence. For cruel and unusual punishment.

EX-Z-8

**DEPARTMENT OF CORRECTION**
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

July 16, 2008

Inmate WOODS DANIEL
SBI # 00164728
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear DANIEL WOODS:

We have reviewed your Grievance Case # 152734 dated 03/08/2008.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

EX-2

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 07/16/2008

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : JTVCC |
| **Grievance #** : 152734 | **Grievance Date** : 03/08/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/08/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 19, Lower, Tier B, Cell 3, Single | |

### APPEAL REQUEST

Grievance Appeal Due: 6/8/08  
Grievance Appeal Received: 6/5/08

Inmate Claims: This is an appeal do to non-medical staff (Lt. Klein) continued to change doctors prescription orders for a pacific diet treatments while I was under going Hepatitis C treatments. Me being anemic and unable to eat, am and pm cereal and milk snacks are very important along with the medical resource drinks. The doctor ordered me to have two a day. But nurse Quiny went to the Lt. Klein and those two change the doctors orders without his consent or approval. When I finally seen the doctor, "McDonald" he was very upset that they changed his orders and I had to go two months without any diet, snacks and drinks.

### REMEDY REQUEST

Nurses or Lt. Klein should have the authority to change and over ride doctor orders without that doctors consent. Especially chronic care Inmates, because we can only go through that pacific doctor. To receive 1000.00 a day for my mistreatment by medical. Cruel and unusual punishment.

EX-2-10

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/16/2008

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : JTVCC |
| **Grievance #** : 152734 | **Grievance Date** : 03/08/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/08/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 19, Lower, Tier B, Cell 3, Single | |

### REFERRED TO

**Due Date:**       **Referred to:**       **Name:**

**Type of Information Requested:**

### DECISION

**Date Received:** 06/05/2008

**Decision Date:** 07/16/2008       **Vote:** Uphold

**Comments:**

Any changes in treatment should be discussed with the inmate fully. The Dietician should also consult with the Provider and the inmate, prior to changing any orders for diets, snacks or any other treatment that has been medically ordered by the Provider.

EX-Z-11