IN THE UNITED STATES DISTRICT COURT IN
AND FOR THE DISTRICT OF DELAWARE

Daniel M. Woods,
    Plaintiff

V.

First Correctional Medical Inc.,
in the Case et.al.,
    Defendants

Civil Action No. 08-V-397-JJF



## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Daniel M. Woods #164728, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P., requests leave to File an Amended Complaint adding a Party.

1) The Plaintiff in his original Complaint named "Two" different Jane Does as defendants.

2) Since the Filing of the Complaint the plaintiff has determined that the names of these Jane Doe defendants is "Quanny Kane", a nurse and C.M.S. employee who has been referenced in Paragraphs 8 of Page 5.

Continue...

3) The Second "Jane doe" defendant within the Filed Complaint the plaintiff has determined that the name of Jane doe defendant is "Veria Murphy" a nurse and a C.M.S employee who has been referenced in paragraphs 11, Page 6 of The Complaint.

Are reflected and Amended to the identity And the Actions of these named defendants.

4) This Court should grant Leave freely to amend a Complaint. Foman V. Davis, 371 U.S 178, 182 (1962).

Dated: 8-12-08

Respectfully Submitted,
Daniel M Woods
Daniel M. Woods #164228
J.T.V. Correctional Center
1181 Paddock Rd.
Smyrna, De. 19977

