08-397 JJF

To: Clerk of the Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801

Fr: Daniel M. Woods #164728
J.T.V. Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: 8-24-08

Re: 285 Forms / Aditional Exhibits

Dear Court Clerk,

Could you Please File these Aditional Exhibits along with my Pending Medical Case.

Also do I Still have to wait for the Judge to grant my Case to move forward and then he'll inform me to File the 285 Forms Or has it procedures Changed? Also Could you inform me of the Status of this Case, 08-397 J.J.F.

Respectfully

Daniel M. Woods

FILED
AUG 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court (08-397-JJF)
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570